In re HAUGHIAN. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) In the matter of the application for letters of administration of the goods, chattels, and credits which were of Charles P. Haughian, deceased. No opinion. Leave to withdraw appeal granted, upon the payment of $10 costs.

---

In re HAUGHIAN. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) In the matter of the application of James Haughian for a decree directing the executors and trustees of Charles P. Haughian, deceased, to render and settle their accounts as such executors. No opinion. Leave to withdraw appeal granted, upon the payment of $10 costs.

---

HEIB, Respondent, v. TOWN OF BIG FLATS, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by John Heib against the town of Big Flats. No opinion. Judgment and order affirmed, with costs.

---

HEIPERSHAUSEN, Appellant, v. HEIPERSHAUSEN, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Philip Heipershausen, Jr., against Mary F. Heipershausen. C. L. Hoffman, for appellant. M. B. Blumenstiel, for respondent. No opinion. Order modified, by reducing alimony to $7.50 per week, and, as modified, affirmed, without costs.

---

HERLIN, Appellant, v. JOHN W. MASURY & SON, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Margaret Herlin, as administratrix, etc., of Dennis Herlin, deceased, against John W. Masury & Son. No opinion. Order modified, by striking out the requirement that the plaintiff name the incompetent men employed, and also the requirement that she indicate the afternoons when rags were thrown into the crematory, and, as thus modified, affirmed, without costs of this appeal to either party.

---

HILL, Respondent, v. McMAHON, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Mary A. Hill against Nicholas McMahon. No opinion. Order reversed, without costs, upon opinion in Hill v. McMahon (No. 2) 81 N. Y. Supp. 431.

---

HILTS, Respondent, v. FOWLER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by William Hilts against Caleb U. Fowler. PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., dissents.

---

H. KOEHLER & CO. v. BRADY. (Supreme Court, Appellate Division, First Department. April 17, 1903.) Action by H. Koehler & Co. against James W. Brady. No opinion. Motion denied, with $10 costs.